IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| DANIELA EASTERBROOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-1414 |
| ) | |
| KILOLO KIJAKAZI, Acting ) | |
| commissioner of social security, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated July 8, 2021, pursuant to 28 U.S.C. § 636(b)(1)(B) on cross-motions for summary judgment.

On July 8, 2021, the Magistrate Judge issued a Report and Recommendation recommending that the Court grant the Commissioner's cross-motion for summary judgment and affirm the Commissioner's final decision finding Plaintiff not disabled within the meaning of the Social Security Act.

On July 22, 2021, Plaintiff objected to the Magistrate Judge's Report and Recommendation upholding the Commissioner's decision. Plaintiff argues that Commissioner improperly upheld the ALJ's decision because the ALJ improperly discredited the

1

treating source opinions provided by Dr. Kim by failing to look at Plaintiff's medical record as a whole.

On August 3, 2021, Commissioner responded to Plaintiff's objection, arguing that: 1) Plaintiff improperly repeated the same arguments that she asserted in her briefs before the Magistrate Judge; and 2) this Court should overrule Plaintiff's objection because the ALJ fully explained his reasons for discounting Dr. Kim's opinions, and those reasons are supported by substantial evidence.

After reviewing the Magistrate Judge's Report and Recommendation, Plaintiff's objection, and the Commissioner's Response, this Court finds that the Magistrate Judge's determination is neither clearly erroneous nor contrary to law. It is adopted and hereby

ORDERED that the Plaintiff's Motion for summary judgment is DENIED; the Commissioner's Motion for summary judgment is GRANTED; and the final decision of the Commissioner is AFFIRMED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
August 27, 2021